UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES A. RICHARDSON, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:15-CV-869 |
| | ) Judge Aleta A. Trauger |
| | ) |
| ED RUSSELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On April 25, 2016, the Magistrate Judge issued a Report and Recommendation ("R&R") (Docket No. 49), which recommends that the Motion for Default Judgment as to defendant Cashbox Machine (Docket No. 32) filed by the plaintiff, James A. Richardson, Jr., be denied without prejudice. Richardson then filed a document entitled "Plaintiff Answer to Court's Recommendation" (Docket No. 52) within the period allowed for the filing of Objections.[1]

Richardson's filing contains no substantive response relevant to the R&R. Rather, it merely is a short restatement of Richardson's claims. Indeed, it does not even mention Cashbox Machine, the subject of the Motion for Default Judgment and the R&R. Even if viewed as "Objections," this commentary is not specific to the R&R and is, therefore, overruled. Even if

---

[1] When a magistrate judge issues a report and recommendation regarding a dispositive pretrial matter, the district court must review *de novo* any portion of the report and recommendation to which a specific objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001); *Massey v. City of Ferndale*, 7 F.3d 506, 510 (6th Cir. 1993). Objections must be specific; an objection to the report in general is not sufficient and will result in waiver of further review. *See Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995).

1

the court were to view Richardson's *pro se* submission as a general objection to the entire R&R, "a general objection to the entirety of the magistrate judge's report has the same effect as would a failure to object." *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991).

For these reasons,

1. The plaintiff's Objections (Docket No. 52) are **OVERRULED**.

2. The court **ACCEPTS AND ADOPTS** the Report and Recommendation (Docket No. 49).

3. The plaintiff's Motion for Entry of Judgment against defendant Cashbox Machine is **DENIED** with leave to refile after the adjudication of his count for libel against defendants Russell, Elrod, and Stroud.

**IT IS SO ORDERED**.

Enter this 19th day of May 2016.

_____
ALETA A. TRAUGER
United States District Judge